## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN JASPER HATCHER SR. ) | Case No. 17-34119-KLP |
| AKA JOHN J. HATCHER ) | Chapter 13 |
| ) | |
| Debtor ) | |
| ) | |
| U.S. BANK TRUST, N.A. ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN JASPER HATCHER SR., ET AL. ) | |
| ) | |
| Respondents ) | |

### DEBTOR'S OBJECTION TO NOTICE OF DEFAULT

COMES NOW the Debtor, by counsel, and as and for his Objection to the Notice of Default filed herein ("Notice"), states as follows:

1. The Debtor admits that he is delinquent in the payment of the regular monthly payments as set forth in the Notice.

2. The Debtor is able to cure the default in the amount of $3,135.90 on or before March 27, 2020.

3. The Debtor is requesting a hearing in connection with the Notice to request additional time to cure the defaults alleged therein.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, Virginia  23218-0508
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

WHEREFORE, the Debtor respectfully requests that relief from the automatic stay be denied and that the Court grant him additional time to cure the defaults alleged in the Notice of Default, and for such other relief as the Court deems appropriate.

JOHN JASPER HATCHER SR., ET AL.

By: /s/ James E. Kane
Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, Virginia  23218-0508
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof.

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, Virginia  23218-0508
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com

2