UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE:<br><br>JOHN JASPER HATCHER SR.<br>  AKA JOHN J. HATCHER<br><br>　　　　Debtor | Chapter 13<br>Case No. 17-34119-KLP |
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST<br><br>　　　　Movant<br><br>v.<br><br>JOHN JASPER HATCHER SR.<br>  AKA JOHN J. HATCHER<br>　　　　(Debtor)<br><br>GLADYS HATCHER<br>　　　　(Co-Debtor)<br><br>CARL M. BATES<br>　　　　(Trustee)<br><br>　　　　Respondents | Ref. Dkt. #33, 34 |

## NOTICE OF HEARING

On February 26, 2020 U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust filed with the court a Notice of Default pursuant to the terms of the Consent Order entered in this case. On March 2, 2020, James E. Kane, on behalf of Debtor, filed with the court an Objection to the Notice of Default.

NOTICE IS HEREBY GIVEN that a hearing to consider and act upon said matter will be held at 701 East Broad Street, Courtroom #5100, Richmond, VA 23219 on April 15, 2020 at 09:00 AM.

Date:  March 13, 2020

    Respectfully submitted,

/s/Daniel K. Eisenhauer
Daniel K. Eisenhauer, Bar #85242
Heather D. McGivern, Bar #91767
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact
deisenhauer@orlans.com
hmcgivern@orlans.com

## **CERTIFICATE OF SERVICE**

The undersigned states that on March 13, 2020, copies of the foregoing Notice of Hearing were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218
station01@richchap13.com
*Bankruptcy Trustee*

James E. Kane
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508
jkane@kaneandpapa.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Hearing to the following non-ECF participants:

John Jasper Hatcher Sr.
4910 Thornhurst Court
Henrico, VA 23223
*Debtor*

Gladys Hatcher
4910 Thornhurst Court
Richmond, VA 23223
*Co-Debtor*

/s/Daniel K. Eisenhauer
Daniel K. Eisenhauer, Esquire